MINUTES OF CHAPTER 13 § 341 MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
3/27/18 12:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: McHugh                                    JAD/TPA/CMB/GLT

Case Number: 18-20419

Date of Meeting: 3 / 19 / 18                  Recording # _____ 1

Debtor(s) present ___ or Not Present ✓ (___No Payments Made or ✓ partial payments)

Attorney for debtor(s) Feinman _____ (Present ✓ or Not Present ___)

Date of Plan at § 341: 2/4/18 Applicable commitment period ✓ 3 yrs ___ 5 yrs

237 Hawthorne Dr. — subject
to rent 12 months - $1250/month.

Need 2016 return &
review & 2017 when filed
No payment -
Can't for
proof of payment.
* to pre bar
date and
cancel

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD                    _____ Order to Show Cause Requested
                                            _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
_____ 341 Meeting / OR _____✓ Conciliation Conf. OR ___*Contested Hearing
On 5/24/18 _____ at 2:30 am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee