# United States Bankruptcy Court
## Western District of Pennsylvania

In re: **Abby Lynn McHugh**  
Debtor(s)

Case No. **18-20419**  
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **May 23, 2018**

**/s/ Abby Lynn McHugh**  
**Abby Lynn McHugh**  
Signature of Debtor

```
Aas Debt Recovery In
Pob 129
Monroeville, PA 15146

Amex
Correspondence
Po Box 981540
El Paso, TX 79998

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410

Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Clearview Federal Cr
8805 University Blvd
Moon Township, PA 15108

Clearview Federal Cu
8805 University Blvd
Moon Township, PA 15108

Credit Coll USA
Ccusa
16 Distributor Dr Ste 1
Morgantown, WV 26501

Credit Collections Services
Attention: Bankruptcy
725 Canton Street
Norwood, MA 02062

Ditech
Attn: Bankruptcy
Po Box 6172
Rapid City, SD 57709

Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709-6154

ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Rd
Jacksonville, FL 32256

First Commonwealth B
22 North Sixth St
Indiana, PA 15701
```

```
First Federal Credit & Collections
24700 Chagrin Blvd
Suite 205
Cleveland, OH 44122

First Premier Bank
Po Box 5524
Sioux Falls, SD 57117

Hawthorne Village Homeowners Association
c/o Community Management Professionals
102 Broadway St
Suite 500
Carnegie, PA 15106

Hawthorne Village Homeowners Association
C/O Community Management Professionals
102 Broadway St
Suite 500
Carnegie, PA 15106

Midland Funding
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Navient
Attn: Bankruptcy
Po Box 9500
Wilkes-Barre, PA 18773

Navient
Attn: Bankruptcy
Po Box 9500
Wilkes-Barre, PA 18773

Navient
Attn: Bankruptcy
Po Box 9500
Wilkes-Barre, PA 18773

Navient
Attn: Bankruptcy
Po Box 9500
Wilkes-Barre, PA 18773

Navient
Attn: Bankruptcy
Po Box 9500
Wilkes-Barre, PA 18773

North Fayette Township (Trash)
c/o Jordan Tax Services
102 Rahway Rd
McMurray, PA 15317
```

```
North Fayette Township (Trash)
c/o Jordan Tax Services
102 Rahway Rd
McMurray, PA 15317

Portfolio Recovery
Po Box 41067
Norfolk, VA 23541

Receivable Management
240 Emery St
Bethlehem, PA 18015

Southwest Credit Systems
4120 International Parkway
Suite 1100
Carrollton, TX 75007

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896
```