Certificate Number: 13861-PAW-DE-031082695

Bankruptcy Case Number: 18-20419



13861-PAW-DE-031082695

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on May 24, 2018, at 7:59 o'clock AM PDT, Abby L Mchugh completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   May 24, 2018

By:   /s/Rebecca K Snyder

Name:   Rebecca K Snyder

Title:   Counselor