# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | | |
|---|---|---|
| **Debtor:** | ABBY LYNN MCHUGH | |
| **Case Number:** | 18-20419-JAD | **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 24, 2018 02:30 PM   3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | |

FILED
5/25/18 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#4 - Continued Confirmation of Plan Dated 2/4/2018 (N)
R / M #:  4 / 0

### *Appearances:*

Debtor: Matt Fennwin (handwritten)
Trustee: Winnecour / Pail / Katz / DeSimone (DeSimone circled)

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to June 21, 2018 at 2:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: